

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CRUZ ELENA GUERRA, | | No. 08-16-00302-CV |
| | § | |
| APPELLANT | | Appeal from the |
| | § | |
| V. | | 210th District Court |
| | § | |
| OSCAR R. QUEZADA, M.D. AND | | of El Paso County, Texas |
| EL PASO HEALTHCARE SYSTEM, | § | |
| LTD. D/B/A DEL SOL MEDICAL | | (TC# 2014-DCV1504) |
| CENTER, | § | |
| | | |
| APPELLEES | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes that the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of the appeal are taxed against Appellant. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JANUARY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.